UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| | : | VIOLATION: |
| BRIAN RICE, | : | 21 U.S.C. § 846 |
| also known as "Ice," | : | (Conspiracy to Distribute and Possess |
| ELLIOTT JOHNSON, | : | with Intent to Distribute 400 Grams or |
| also known as "Nadir" and "Hundo," | : | More of a Mixture and Substance |
| JEREMY YOUNG, | : | Containing a Detectable Amount of |
| also known as "G-Code," | : | Fentanyl or 100 Grams of More of a |
| DAEVON NARCE, | : | Mixture and Substance Containing a |
| also known as "Black Jesus," | : | Detectable Amount of Any Analogue of |
| WILLIAM PROCTOR, | : | Fentanyl, and 28 Grams or More of |
| also known as "Billy," | : | Cocaine Base); |
| ANDRE WILLIAMS, | : | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) |
| also known as "Sin," | : | (Unlawful Distribution of 40 Grams or |
| AKO HANDY, | : | More of Fentanyl); |
| also known as "K.O.," | : | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) |
| KEITH GLISS, | : | (Unlawful Distribution of 28 Grams or |
| also known as "K.D." and "Flea," | : | More of Cocaine Base); |
| MANUEL BROWN, | : | |
| also known as "Black," | : | FORFEITURE: |
| WESLEY HILLIARD, | : | 21 U.S.C. §§ 853(a) and (p) |
| also known as "God," | : | |
| STANLEY HOOD, | : | |
| also known as "Slim," | : | |
| THOMAS SHELTON, | : | |
| also known as "T," and | : | |
| TYRONE WADE, | : | |
| also known as "Fats," | : | |
| | : | |
| Defendants. | : | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about July 1, 2021 and continuing through at least May 12, 2022, within the District of Columbia and elsewhere, defendants, **BRIAN RICE, also known as "Ice," ELLIOTT JOHNSON, also known as "Nadir" and "Hundo," JEREMY YOUNG, also known as "G-Code," DAEVON NARCE, also known as "Black Jesus," WILLIAM PROCTOR, also known as "Billy," ANDRE WILLIAMS, also known as "Sin," AKO HANDY, also known as "K.O.," KEITH GLISS, also known as "K.D." and "Flea," MANUEL BROWN, also known as "Black," WESLEY HILLIARD, also known as "God," STANLEY HOOD, also known as "Slim," THOMAS SHELTON, also known as "T," and TYRONE WADE, also known as "Fats,"** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute four-hundred grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or one-hundred grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), (b)(1)(B)(iii), (vi), and (b)(1)(C).

Quantity of Fentanyl and Cocaine Base Involved in the Conspiracy:

With respect to defendant **BRIAN RICE, also known as "Ice,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved four-hundred grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or one-hundred grams or more of a

mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841((b)(1)(A)(vi) and (b)(1)(B)(iii).

With respect to defendant **ELLIOTT JOHNSON, also known as "Nadir" and "Hundo,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841((b)(1)(B)(vi), and (iii).

With respect to defendant **JEREMY YOUNG, also known as "G-Code,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841((b)(1)(B)(vi) and (b)(1)(C).

With respect to defendant **DAEVON NARCE, also known as "Black Jesus,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841((b)(1)(B)(vi).

With respect to defendant **WILLIAM PROCTOR, also known as "Billy,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841((b)(1)(B)(vi), and (b)(1)(C).

With respect to defendant **ANDRE WILLIAMS, also known as "Sin,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl) or ten grams or more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, and a

mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841((b)(1)(B)(vi) and (b)(1)(C).

With respect to defendant **AKO HANDY, also known as "K.O.,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and (b)(1)(C).

With respect to defendant **KEITH GLISS, also known as "K.D." and "Flea,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

With respect to defendant **MANUEL BROWN, also known as "Black,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

With respect to defendant **WESLEY HILLIARD, also known as "God,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved twenty-eight grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii), and (b)(1)(C).

With respect to defendant **STANLEY HOOD, also known as "Slim,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

With respect to defendant **THOMAS SHELTON, also known as "T,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

With respect to defendant **TYRONE WADE, also known as "Fats,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyllethyl)-4-

piperidninyl] propanamide (Fentanyl), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute 400 or More Grams of a Mixture and Substance Containing a Detectable Amount of Fentanyl or 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Any Analogue of Fentanyl, and 28 Grams or More of Cocaine Base,** in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about February 16, 2022, within the District of Columbia, **BRIAN RICE, also known as "Ice,"** did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of 40 Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi))

## COUNT THREE

On or about March 4, 2022, within the District of Columbia, **BRIAN RICE, also known as "Ice,"** did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of 40 Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi))

## COUNT FOUR

On or about March 23, 2022, within the District of Columbia, **ELLIOTT JOHNSON, also known as "Nadir" and "Hundo," and WILLIAM PROCTOR, also known as "Billy,"** did unlawfully, knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of 40 Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi))

## COUNT FIVE

On or about January 18, 2022, within the District of Columbia, **AKO HANDY, also known as "K.O.,"** did unlawfully, knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One, Two, Three, Four, and Five of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.